UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HAGAR DAVIS,

    Plaintiff,

Case No. 19-cv-10749
Hon. Matthew F. Leitman

v.

LIBERTY MUTUAL GENERAL
INSURANCE COMPANY,

    Defendant.
_____/

# ORDER GRANTING DEFENDANT'S MOTION TO SET ASIDE DEFAULT (ECF #8) AND SETTING DEADLINE FOR RESPONDING TO COMPLAINT

On December 27, 2018, Plaintiff Hagar Davis filed this action against Defendant Liberty Mutual General Insurance Company ("Liberty Mutual") in the Wayne County Circuit Court. (*See* Compl., ECF #1 at Pg. ID 8-12.) Liberty Mutual subsequently removed the action to this Court. (*See* ECF #1.)

On May 24, 2019, Hagar requested that the Clerk of the Court enter a default against Liberty Mutual for "fail[ing] to plead or otherwise defend against this cause of action filed by Plaintiff." (Pl. Req. for Default, ECF #6 at Pg. ID 31.) On May 28, 2019, the Clerk entered a default against Liberty Mutual. (Entry of Default, ECF #7.) On May 30, 2019, Liberty Mutual filed a motion to set aside the default. (Mot., ECF #8.)

The Court held a telephonic status conference on July 25, 2019.  For the reasons stated on the record during the conference, Defendant's motion to set aside the default is **GRANTED**.  Liberty Mutual shall file an answer or otherwise respond to the Complaint by no later than **August 8, 2019**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  July 31, 2019


I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 31, 2019, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764