UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HAGAR DAVIS,

    Plaintiff,                                    Case No. 19-cv-10749
                                               Hon. Matthew F. Leitman

v.

LIBERTY MUTUAL GENERAL INS. CO.,

    Defendants.

_____/

**ORDER DENYING DEFENDANT'S MOTION
FOR PARTIAL SUMMARY JUDGMENT (ECF NO. 20.)**

On June 22, 2020, Defendant Liberty Mutual General Ins. Co. (Liberty Mutual), filed a Motion for Partial Summary Judgment. (ECF No. 20.) On December 14, 2020, this Court held a hearing on this motion. For the reasons stated on the record, Defendant's motion is **DENIED.**

    **IT IS SO ORDERED**.

                                              s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: December 14, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 14, 2020, by electronic means and/or ordinary mail.

                                                s/Holly A. Monda
                                                Case Manager
                                                (810) 341-9764